THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* JAMES GREER, Defendant-Appellant.

(No. 58146;

First District (4th Division)—January 16, 1974.

Opinion by Mr. JUSTICE BURMAN.

James J. Doherty, Public Defender, of Chicago (Saul H. Brauner, Assistant Public Defender, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Kenneth L. Gillis, Barry Rand Elden, and Thomas H. Neuckranz, Assistant State's Attorneys, of counsel), for the People.